```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 48580
   RONALD BECK
   LOLA BECK                                    CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2198      SSN XXX-XX-3548

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  43.00%.

     The case was dismissed after confirmation 11/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           18426.00         1578.12        8715.87
CAPITAL ONE AUTO FINANCE  UNSECURED          8460.98             .00            .00
DEUTSCHE NATION BANK TRU  MORTGAGE ARRE      5809.02             .00        5809.02
DEUTSCHE NATION BANK TRU  CURRENT MORTG          .00             .00            .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED           .00            .00
HSBC AUTO FINANCE         SECURED NOT I         .00             .00            .00
HSBC AUTO FINANCE         UNSECURED          6210.56             .00            .00
SILVERLEAF RESORTS        SECURED NOT I      5746.27             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED             6.98             .00            .00
BRINKS HOMES SECURITY     UNSECURED        NOT FILED           .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO WATER DE  SECURED              17.91             .00          15.17
DIRECTV                   UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2162.13             .00            .00
MICROSOFT ONLINE SERVICE  UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          1286.33             .00            .00
ECAST SETTLEMENT CORP     UNSECURED           900.32             .00            .00
SEARS PAYMENT CENTER      UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           996.55             .00            .00
UNIVERSITY OF ILLINOIS C  UNSECURED        NOT FILED           .00            .00
TRINSIC COMMUNICATIONS    UNSECURED        NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE  MORTGAGE ARRE       878.00             .00         825.37
ECAST SETTLEMENT CORP     UNSECURED           298.56             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            816.77             .00            .00
KENNETH B ROSEMAN         DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                            983.95
DEBTOR REFUND             REFUND                                               1.78

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 48580 RONALD BECK & LOLA BECK
```

```
------------------------------------------------------------------------------
TRUSTEE                                        17,929.28

PRIORITY                                                                  .00
SECURED                                                             15,365.43
    INTEREST                                                         1,578.12
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                   983.95
DEBTOR REFUND                                                            1.78
                                         ---------------      ---------------
TOTALS                                         17,929.28            17,929.28
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/11/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 48580 RONALD BECK & LOLA BECK